### BESS SANDERS v. THE STATE.

No. 21125. Delivered June 28, 1940.

The opinion states the case.

*Newland, Cornett & Whitworth,* of Linden, for appellant.

*Lloyd W. Davidson,* State's Attorney, of Austin, for the State.

HAWKINS, Presiding Judge.

Conviction is for assault to murder without malice, punishment being one year in the penitentiary.

No facts are brought forward.

The only bill of exception relates to an argument of the district attorney. Objection thereto was sustained and the

jury directed not to consider same. We do not regard the argument of such character that the court could not control it by a withdrawal from the jury.

The judgment is affirmed.